# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN C. SCOTT,<br><br>    Petitioner<br><br>v.<br><br>JO GENTRY, et al.,<br><br>    Respondents | Case No.: 2:19-cv-01661-JAD-EJY<br><br>**Order Extending Deadline<br>to Pay Filing Fee**<br><br>**[ECF No. 3]** |

Petitioner Steven C. Scott seeks an extension of time to pay the 28 U.S.C. § 2254 habeas corpus filing fee.[1]  Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to pay filing fee **[ECF No. 3] is GRANTED**.  Petitioner must have the $5.00 filing fee sent to the Clerk on or before February 1. 2020, or this action may be dismissed without further prior warning.

Dated: December 9, 2019

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.