# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN C. SCOTT, | Case No.: 2:19-cv-01661-JAD-EJY |
| Petitioner | |
| v. | **Order Directing Response to Motion for Reconsideration** |
| JO GENTRY, et al., | |
| Respondents | |

I previously dismissed petitioner Steven C. Scott's pro se 28 U.S.C. § 2254 habeas corpus petition as second and successive[1] and entered judgment.[2] Scott moves for reconsideration,[3] arguing that an amended judgment of conviction was filed in June 2019, so his current petition is not successive.[4] The court concludes that a response to the motion by respondents will aid in its determination of whether the petition is successive.

IT IS THEREFORE ORDERED that **respondents must file a response to petitioner's motion for reconsideration (ECF No. 9) by May 14, 2020.**

IT IS FURTHER ORDERED that the petitioner must file his response to respondents' response, if any, within **30 days** of being served with respondents' response.

Dated: April 14, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.
[2] ECF No. 8.
[3] ECF No. 9.
[4] *See* 28 U.S.C. § 2244(3)(A).