# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN C. SCOTT,

Petitioner

v.

JO GENTRY, et al.,

Respondents

Case No.: 2:19-cv-01661-JAD-EJY

**Order Denying Certificate of Appealability**

I previously dismissed petitioner Steven C. Scott's pro se 28 U.S.C. § 2254 habeas corpus petition as second and successive,[1] and I entered judgment.[2] Scott filed a motion for reconsideration, which I denied.[3] He filed a notice of appeal, and the Ninth Circuit Court denied him a certificate of appealability.[4] He then filed what he styled as another motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, which I denied.[5] Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that a certificate of appealability **is DENIED**.

Dated: November 12, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.
[2] ECF No. 8.
[3] ECF Nos. 9, 18.
[4] ECF Nos. 22, 24.
[5] ECF Nos. 23, 25.